■ E-Unit, LLC, a Delaware Limited Liability Company, et al., Respondents, v Lewis Saul et al., Appellants. [58 NYS3d 863]—Appeal from an order of the Supreme Court, Kings County (Carolyn E. Demarest, J.), dated June 17, 2015. The order, insofar as appealed from, denied that branch of the defendants' cross motion which was to impose sanctions.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

Contrary to the defendants' contentions, the Supreme Court providently exercised its discretion in denying that branch of their cross motion which was to impose a monetary sanction upon the plaintiffs and their attorney, as the defendants failed to demonstrate that either engaged in frivolous conduct within the meaning of 22 NYCRR 130-1.1 (c) (*see Finkelman v SBRE, LLC*, 71 AD3d 1081, 1082 [2010]; *Glenn v Annunziata*, 53 AD3d

565, 566 [2008]). Rivera, J.P., Balkin, Chambers and Cohen, JJ., concur.